**Opinion issued March 18, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-21-00031-CV

_____

## IN RE WESLEY SOLANSKY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Wesley Solansky, has filed a petition for writ of mandamus, challenging the trial court's orders, signed December 1, 2020, and December 18, 2020, granting Charles and Brenda Fosters' motion to dismiss and awarding attorney's fees.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Wesley Brandon Solansky and Alexis Wade Solansky and In the Interest of F.S.S., A Minor Child*, cause number 2018-84050, pending in the 257th District Court of Harris County, Texas, the Honorable Sandra Peake presiding.

We deny the petition. *See* TEX. R. APP. P. 52.8. The stay imposed by order dated January 15, 2021 is lifted. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Hightower, Countiss, and Farris.